

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00399-CV

**CIRRUS DESIGN CORPORATION**,
Appellant

v.

Sydney **BERRA**, Individually and as Personal Representative of the Estate of Lee Berra, and on
behalf of his surviving parents, Philip Berra and Ellen Berra,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01530
The Honorable Monique Diaz, Judge Presiding

## O R D E R

Appellant's unopposed motion for an extension is granted. We order the appellant's brief
due October 19, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court